Joel E. Tasca
Nevada Bar No. 14124
Lindsay Demaree
Nevada Bar No. 11949
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: 702.471.7000
Facsimile: 702.471.7070
tasca@ballardspahr.com
demareel@ballardspahr.com

*Attorneys for Defendant
Chase Bank, USA, N.A.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NANCY RUIZ, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CHASE BANK USA, N.A., a national banking association (erroneously identified as "Jamie Dimon, CEO Chase Bank"),<br><br>Defendant. | CASE NO. 2:18-cv-02273<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR CHASE BANK USA, N.A. TO RESPOND TO PLAINTIFF'S COMPLAINT** |

Plaintiff Nancy Ruiz and defendant Chase Bank USA, N.A. ("Chase") stipulate and agree that Chase may have up to and including December 12, 2018 to respond to plaintiff's complaint, to provide time for the parties to discuss the potential for an early resolution of this case.

*[Continued on following page.]*

This is the parties' first request to extend this deadline, and it is made in good faith and not for purposes of delay.

Dated this 5th day of December, 2018.

| Nancy Ruiz | Ballard Spahr LLP |
|---|---|
| By: /s/ Nancy Ruiz<br>Nancy Ruiz<br>8020 S. Rainbow Blvd. 100-191<br>Las Vegas, Nevada 89139<br><br>*Plaintiff* | By: /s/ Lindsay Demaree<br>Joel Tasca<br>Nevada Bar No. 14124<br>Lindsay Demaree<br>Nevada Bar No. 11949<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135<br><br>*Attorneys for Defendant*<br>*Chase Bank USA, N.A.* |

**ORDER**

IT IS SO ORDERED.

_/s/ George Foley Jr._
UNITED STATES MAGISTRATE JUDGE
DATED: 12-06-2018