UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| NANCY RUIZ,<br><br>                    Plaintiff,<br>    v.<br>CHASE BANK USA, N.A.,<br><br>                    Defendant. | Case No. 2:18-cv-02273-GMN-GWF<br><br>**ORDER** |

This matter is before the Court on Plaintiff's failure to file a Certificate as to Interested Parties as required by LR 7.1-1. The Petition for Removal (ECF No. 1) in this matter was filed on November 28, 2018. LR 7.1-1 requires that pro se parties and attorneys for private non-governmental parties must, upon entering a case, file a certificate as to interested parties, listing all persons, firms, partnerships or corporations, known to have a direct, pecuniary interest in the outcome of the case, including the names of all parent subsidiary, affiliate and/or insider of the named non-individual parties. If there are no known interested parties, other than those participating in the case, a statement to that effect must be filed. To date, Plaintiff's have failed to comply. Accordingly,

. . .

. . .

. . .

. . .

. . .

. . .

**IT IS HEREBY ORDERED** that Plaintiff's shall file its Certificate as to Interested Parties, which fully complies with LR 7.1-1 no later than **January 3, 2019**. Failure to comply may result in the issuance of an order to show cause why *sanctions* should not be imposed.

Dated this 21st day of December, 2018.

_____
GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE